In the Matter of HELEN WOLFE, Respondent, against FRANK J. BROHMAN, Doing Business as MAMMOTH FOOD MARKET, et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Argued February 25, 1941; decided March 13, 1941.

636

*John E. Leach* for appellants.

*John J. Bennett, Jr., Attorney-General (John F. Loehr* and *Joseph A. McLaughlin* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH and CONWAY, JJ., on the ground that there is evidence that the death of the employee was the result of occupational disease. RIPPEY, LEWIS and DESMOND, JJ., vote to affirm without qualification.